IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date: May 6, 2013
Court Reporter:    Gwen Daniel            Probation: Justine L. Kozak

_____

Criminal Action No.  12-cr-00030-WJM       <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Joseph Mackey

     Plaintiff,

v.

BRENT MAILAND,                             Matthew Golla

     Defendant.

_____

### COURTROOM MINUTES
_____

EVIDENTIARY HEARING - SENTENCING

10:10 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Mr. Mackey

Sentencing Statement by Mr. Golla

The defense withdraws their objection (ECF No. 54) regarding the loss.

1

The defense withdraws the Amended Motion for a Variant Sentence (ECF No. 55).

**ORDERED:   The Amended Motion for a Variant Sentence (ECF No. 55) is deemed WITHDRAWN**.

**GOVERNMENT'S WITNESS SPECIAL AGENT ADAM KOWALSKI**
10:19  Direct (by Mr. Mackey)

Government's Exhibit Nos. 1 through 15 are OFFERED AND RECEIVED.

10:31 Court

10:31  Direct

10:38 Cross (by Mr. Golla)

10:45 Evidence closed.

Defendant's Allocution

Court's comments

Further Sentencing Statement by Mr. Mackey

Further Sentencing Statement by Mr. Golla

> Defendant plead guilty to Counts One and Two of the Indictment on February 4, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Brent Mailand, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months on Count 1 and a term of 18 months on Count 2, each term to be served concurrently.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in federal pretrial detention.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation**

**office in the district to which defendant is released.**

**And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

ORDERED: Special Conditions of Supervised Release:

1. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's Judgment and sentence.**

2. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding, court-ordered financial obligation in this case.**

3. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

4. **The defendant shall participate in and successfully complete a program of mental health treatment, as**

> approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

> **5.** The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:** The defendant shall pay a Special Assessment of $200.00, which shall be due and payable immediately.

The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment.

**ORDERED:** The defendant shall make restitution to the Victim Western Area Power Administration in the amount of $19,722.18 and make payments to the individual and address of the Victim as set forth in the Presentence Investigation Report.

Interest on the restitution amount is WAIVED.

The Special Assessment and restitution obligation are due and payable immediately.

The defendant shall make payment on any restitution obligation that remains unpaid at the commencement of supervised release.

It is an express condition of supervision that the defendant pay the restitution and the Special Assessment in accordance with the Schedule of Payments sheet to be set forth in the Court's Judgment.
Within 30 days of release from confinement, the defendant shall meet with the probation officer to develop a plan for the payment of restitution. This plan will be based upon the

> **defendant's income and expenses. The plan shall be forwarded to the Court for review and approval.**

The Court advises the defendant of his right to appeal the sentence imposed and in very limited circumstances, his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:00 a.m.    Court in Recess
                Hearing concluded
                Time: 50 minutes